IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL REID,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-3831

Opinion filed July 9, 2014.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Michael Reid, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Jay Kubica and Trisha Meggs Pate, Assistant
Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, RAY, and SWANSON, JJ., CONCUR.